UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF LOUISIANA

| | |
|---|---|
| Susan Lutz, Plaintiff | Case No: 18-6704 |
| | Division: SECT. F MAG. 5 |
| vs. | Section: |
| | Judge: |
| United States of America, Defendant | Magistrate Judge: |

COMPLAINT

NATURE OF THE COMPLAINT

Plaintiff Susan Lutz (herein referred to as "Lutz") brings this action on behalf of herself. The Defendant is the United States of America (herein referred to as "USA").

X Fee Pauper
__ Process
X Dkid
__ CtRmDep
__ Doc. No.

The body of Lutz contains at minimum devices which do the following: thought transmission, vision transmission, memory erasure, thought inductance, global positioning system, resurrection from the dead, the selective cloaking of sights, bodily transformation, radio reception, and a motor skills controller. Lutz also has reason to believe that her body contains DNA sequencing technology, and also possibly other technology that she is unaware of. Many of these devices allow for Lutz's body to be remotely controlled by others.

Lutz knows that many of her memories are inaccurate, and would like to point out that the facts stated herein are according to those memories, and the multitude of indirect hints that she has received for most of the last 46 years.

JURISDICTION AND CITATIONS

This is a civil action against USA for continuing the policy and custom of depriving the Plaintiff of her rights, freedoms and equal protection under the law. This is a civil action under the General Principles of 42 U.S.C. §§ 1983, as a result of Fourteenth Amendment violations. Because this is a matter under the United States ~~Cort~~ Constitution, the Eastern District Court of Louisiana has jurisdiction over this matter.

PARTIES

Lutz has a mailing address of 1901 Mirabeau Ave, New Orleans LA 70122. U.S. Attorney General Jeff Sessions has an address of: U.S. Department of Justice, 950 Pennsylvania Ave, NW Washington, DC 20530-0001.

VENUE

Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)(2).

STATEMENT OF FACTS

1.) Lutz has reason to believe that she was once royalty and that she resided in what is currently Great Britain, and that she was part of Camelot.

2.) Lutz has reason to believe that her adoptive sister Grace E. Chandonnet was Guinevere in Camelot. Chandonnet has echoed Lutz's thoughts on at least one occasion when she said to Lutz "you can't win".

3.) Lutz has reason to believe that an acquaintance named Jonathan W. Hollingsworth was Lancelot in Camelot. Hollingsworth has echoed Lutz's thoughts on at least one occasion when Hollingsworth was having sex with Lutz and he said, "I'm in."

4.) Lutz's unspoken thoughts have often been expressed by total strangers.

5.) Lutz has reason to believe that she is sometimes referred to as "It".

6.) Lutz has reason to believe that a time machine exists and that it was used to go back in time and that people involved Skunkworks infiltrated Camelot with advanced technology. Lutz was transported via time machine and was duped into thinking that she was born in 1971, although she suspects that she was "reborn" in 1971 in that she was operated on in that year to plant devices into her body.

7.) Lutz has reason to believe that in 1971 she was transformed into an infant so that she could be turned into a toy of sorts.

8.) Lutz has not had any sex that she consented to since 1971.

9.) Lutz is aware that she has been the victim of multiple crimes including but not limited to rape, murder, torture, and dismemberment, and that it is likely that these crimes started immediately after the devices were implanted.

10.) Lutz has attempted to obtain ~~legal help or~~ (SL) a lawyer on ~~nu~~ (SL) numerous occasions ~~and has no memories~~ (SL) and has been denied,

probably because she has one of custodians.

11.) Lutz has been led to believe that she has at least one spouse although she has no memories of current marriages.

12.) Lutz is a veteran with an honorable discharge and has tried to get adequate medical treatment at the New Orleans VA Hospital to no avail.

13.) Lutz is aware that cannibalized.

14.) Since 1971 Lutz has ONLY been used. Lutz has been led to believe that when people get close to her, she has been externally transformed into beings that victimized them.

15.) Lutz has been involuntarily committed into locked psychiatric units on multiple occasions and in 2008 was told she has paranoid schizophrenia ~~where~~ (12) which is accurate. As a result she cannot own a gun. Lutz is delusional, but those delusions are artificially induced. Lutz has reason to believe that sometimes she sees other people inaccurately, and she knows that sometimes objects and people are "cloaked" to where she cannot see them at all.

19.) Lutz's computer has been hacked such that the task of writing this complaint has been extremely onerous.

20.) Lutz has no way of securing her mail since it appears that her keys disappeared at one point and were then returned.

21.) When Lutz attempted to access the local library by public bus on 07/06/18, devices were used such that she missed her stop. When Lutz attempted to visit the law library by Uber on that same day, the price quoted was prohibitively expensive. Lutz also attempted Lyft and the application would not accept the data she entered, on that same day.

22.) Lutz has reason to believe that she might currently be pregnant through rape. She has a birth control implant which has been possibly over-ridden. Lutz took a pregnancy test and it appeared to be negative but she cannot trust her vision. The birth control implant was placed in November 2017.

23.) Lutz's cell phone was sabotaged on 07/10/18 and she had to purchase a new one.

24.) Lutz cannot afford an abortion from Planned Parenthood and realizes it would be futile to have procedure done at this point anyway since she could be impregnated immediately after.

25.) Lutz has reason to believe that there are at least two control stations with access to her body. One is located at Fort Gordon, GA. Lutz has been led to believe that the other consists of five individuals and they are known to her as Perry M. Paolantonio, Jason Jertler, Jason R. Engholm, Larry Luther, and someone she knew on the internet as "Bilobob" who may be Jonathan W. Hollingsworth.

26.) Lutz has reason to believe that she has at least one custodian although she can't say for sure who that person is. They are denying her access to medical treatment and a lawyer.

27.) Lutz does remember sending her brother-in-law Joseph W. Eicher a power-of-attorney agreement in either 2007 or 2008. She thought it was possible that all of her three adoptive sisters' thoughts were also being transmitted and so ~~ch~~ (sic) she chose to trust Eicher.

28.) Lutz has reason to believe that people are making money from her situation, and she does not have that money. Lutz has a monthly income from SSDI of $1399. Her current bank account balance is $1098.47. She will have to pay for a deposition, and her ~~total~~ monthly expenses average $1165.

29.) Lutz understands that this is an unusual request, however she asks the Court to consider the egregious ways in which her rights have been violated in addition to her precarious financial situation. If the Court is not aware himself/herself of the individuals that Lutz needs injunctive relief from, she asks

that the Court please consult President Donald J. Trump on her behalf to find out. Additionally once that ~~informative~~ information has been obtained, Lutz asks that the Court provide that injunctive relief as soon as possible.

## PRAYER FOR RELIEF

WHEREFORE, Lutz respectfully prays this Honorable Court to:

a. Assume jurisdiction over this matter;

b. Grant reasonable attorney fees and court costs pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412, et seq.;

c. Grant declaratory and injunctive relief;

d. Grant such other relief as this Honorable Court may deem just and proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted this ⎯16 day of July, 2018.

Respectfully submitted,

_____

SUSAN LUTZ, pro se
1901 Mirabeau Ave.
New Orleans, LA 70122
Phone: 504-657-4097
Email: suelutz@gmail.com