UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SUSAN LUTZ;

*Plaintiff*

v.

UNITED STATES OF AMERICA;

*Defendant*

Case No.: 18-6704
Division:
Section: F
Judge:
Magistrate Judge: 5

*U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 23 2018
WILLIAM W. BLEVINS
CLERK*

## EX PARTE MOTION TO DISMISS CASE

The Plaintiff Susan Lutz hereby asks that the Court dismiss this case.

Dated: 07/23/18

Susan Lutz, Pro Se
3157 Gentilly Blvd. Box 149
New Orleans, LA 70122
504-657-4097
suelutz@gmail.com

___ Fee
___ Process
_X_ Dkt
___ CtRmDep
___ Doc. No.

1