UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN LUTZ | CIVIL ACTION |
| VERSUS | NUMBER: 18-6704 |
| UNITED STATES OF AMERICA | SECTION: "F"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's lawsuit is dismissed with prejudice as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 14th day of August, 2018.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE