UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SUSAN LUTZ                                                                CIVIL ACTION

VERSUS                                                                    NUMBER: 18-6704

UNITED STATES OF AMERICA                                  SECTION: "F"(5)

## JUDGMENT

The Court, having considered the complaint, record, the applicable law, and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of Defendant and against Plaintiff, dismissing Plaintiff's suit with prejudice under 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this __14th__ day of August, 2018.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE